```
Roger W. Brown, Trustee
P.O. Box 32967
Phoenix, Arizona 85064-2967
(602) 274-4231
```

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| **JOINER, THOMAS E.** | ) | CASE: 11-29182 PHX EPB |
| **JOINER, CYNTHIA D.** | ) | WITHDRAWAL OF |
| | ) | TRUSTEE'S MOTION FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | |

The Trustee has previously filed for payment of unclaimed funds to the Court. Since the motion was filed an objection has been received from Debtors Counsel, with a correction to the address of the Debtors.

THEREFORE, the Trustee respectfully requests to withdraw his motion for payment of unclaimed funds.

| | |
|---|---|
| May 16, 2013 | /s/ Roger W. Brown |
| DATED | ROGER W. BROWN, TRUSTEE |